## JUDGMENT IN A CIVIL CASE

**UNITED STATES DISTRICT COURT**     **NORTHERN DISTRICT OF GEORGIA**

DURANTE NEAL

V.                                                               CIVIL ACTION 1:98-CV-1474-GET

TOMMY ECTOR

HONORABLE G. ERNEST TIDWELL

✔ **JURY VERDICT.** This action came before the Court and a jury with the judicial officer named above presiding. The issues have been tried and the jury has rendered its verdict in favor of the Defendant.

### IT IS ORDERED AND ADJUDGED

That the plaintiff take nothing, that the action be dismissed, and that the defendant, TOMMY ECTOR, recover of the plaintiff, DURANTE NEAL, his costs of action.

LUTHER D. THOMAS, CLERK          DATE: January 15, 2004

BY: _____
     DEPUTY CLERK

**ENTERED ON DOCKET**

**JAN 1 6 2004**

L.D.T., CLERK

BY

DEPUTY CLERK

100